UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Lawrence L. Crawford, *Plaintiff* v. | Civil Action No. | 8:16-cv-03328-RBH |
| The Judges Who Issue Order in Case 16-1953; Patricia S. Connor; Judge Ralph Anderson; Annie Doe; S.C.D.C General Counsel; Judge Harwell; Judge Rogers, III; Judge Cain; Judge Gossett; The United States and other 192 Member States of the U.N.; All States or Territories That Allow Same-Sex Marriage; All Defendants Referred to and Listed in Case 0:16-CV-2939-TMC-TER, *Defendants* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Lawrence L. Crawford, shall take nothing of the defendants; The Judges Who Issue Order in Case 16-1953; Patricia S. Connor; Judge Ralph Anderson; Annie Doe; S.C.D.C General Counsel; Judge Harwell; Judge Rogers, III; Judge Cain; Judge Gossett; The United States and other 192 Member States of the U.N.; All States or Territories That Allow Same-Sex Marriage; All Defendants Referred to and Listed in Case 0:16-CV-2939-TMC-TER, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

■ decided by the Honorable R. Bryan Harwell, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Jacquelyn D. Austin, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:   June 30, 2017                                    ROBIN L. BLUME, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*